## DOWER—ALIEN WIDOW.

---

PRIEST *v.* CUMMINGS, 20 Wend. 338.

In S. Ct. 16 id. 619.

### *Dower ; Alien Widow.*

SUIT by Catherine Cummings, widow of James Cummings, to recover her dower in certain lots in the city of New York, conveyed to her husband in 1796, and by him mortgaged to James Foster in June, 1802. The plaintiff intermarried with her husband in January, 1802, he being a native citizen of the United States, and she an alien and a minor of about 19 years of age. The mortgage was foreclosed, and the prem-

ises sold to óne R. in June, 1804, under a decree of foreclo-'sure to which the plaintiff was not made a party. The wife though an alien and a minor, had joined in the execution of the mortgage. In October, 1829, she was naturalized and her husband died in 1832. The purchaser or those deriving title from him had been in possession of the premises from the time of the sale.

The Supreme Court, chiefly upon the authority of the case of *Sutliff* v. *Forgey*, 1 Cow. 89, and 5 id. 715 in error, held, that the widow was entitled to dower.

The Court of Errors held otherwise, and decided. 1. That the widow of a native born citizen, she having been an alien at the passage of the act of 1802, "*enabling aliens to hold and purchase real estate*," is not entitled to dower under the provisions of that act, where the land in which dower is claimed was acquired by the husband and the marriage took place, before that act was passed. 2. That the naturalization of the widow during her coverture, though good, had no retro-active operation under the act of Congress, so as to entitle her to dower in lands of which her husband had been seised during coverture, but had aliened before her naturalization.

Judgment of Supreme Court *reversed*, 12 to 8.